IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAYLOR F., individually and as parent and natural guardian of T. F., a minor,<br><br>        Plaintiff,<br><br>v.<br><br>LAWRENCE COUNTY, LAWRENCE COUNTY CHILDREN AND YOUTH SERVICES and JOSHUA LAMANCUSA, individually and in his official capacity,<br><br>        Defendants. | CIVIL ACTION – LAW<br><br>No. 2:18-cv-01397-RCM<br><br>MAGISTRATE JUDGE ROBERT C. MITCHELL<br><br>*Electronically Filed*<br><br><br><br>**JURY TRIAL DEMANDED** |

**MOTION TO WITHDRAW AS ATTORNEY**

Undersigned counsel respectfully requests this Court withdraw the appearance of Jeffrey Cohen for the following reason:

1.      Jeffrey Cohen has left the law firm of JonesPassodelis, PLLC effective February 13, 2019.

2.      Defendants, LAWRENCE COUNTY, LAWRENCE COUNTY CHILDREN AND YOUTH SERVICES and JOSHUA LAMANCUSA, individually and in his official capacity, will continue to be represented by Marie Milie Jones and the law firm of JonesPassodelis, PLLC.

{W0159472.1}

WHEREFORE, undersigned counsel respectfully requests this Court withdraw the appearance of Jeffrey Cohen for the above reason.

                      JONESPASSODELIS, PLLC

                      By: _s/Marie Milie Jones_____
                            MARIE MILIE JONES, ESQUIRE
                            PA I.D. #49711

                            Gulf Tower, Suite 3410
                            707 Grant Street
                            Pittsburgh, PA  15219
                            Phone: (412) 315-7272
                            Fax: (412) 315-7273
                            E-Mail: mjones@jonespassodelis.com

                            Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded to all counsel of record by:

   \_\_\_\_\_   U.S. First Class Mail, Postage Paid

   \_\_\_\_\_   Hand Delivery

   \_\_\_\_\_   Certified Mail, Return Receipt Requested

   \_\_\_\_\_   Facsimile Transmittal

   \_\_\_\_\_   UPS Delivery

   __X__   Electronic Filing/E-Mail

at the following address:

> Alexander H. Lindsay, Jr., Esquire
> James Andrew Salemme, Esquire
> The Lindsay Law Firm, P.C.
> 110 East Diamond Street, Suite 301
> Butler, PA  16001

JONESPASSODELIS, PLLC

Date:  February 14, 2019        s/Marie Milie Jones
                                              MARIE MILIE JONES, Esquire

                                              Counsel for Defendants